JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE A. ORTIZ ACEVEDO,  et al.          )          Case No.: CV 12-6414 DSF(MRWx)

                    Plaintiffs,          )

          vs.                             )          JUDGMENT

PRINCESS CRUISE LINES, LTD.,           )
et al.,                                   )

                    Defendants.          )

_____

          The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

ordered that the case be dismissed by consent of plaintiffs as evidenced by lack of

opposition to a motion to dismiss and plaintiffs' failure to prosecute this action,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the

action be dismissed, and that defendant recover its costs of suit pursuant to a bill

of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____    9/25/12           _____
                                                        Dale S. Fischer
                                                United States District Judge